Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  907-563-8844
Fax:  907-563-7322

Counsel for Defendant City of Fairbanks

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AL HUTTON and DOUG WHORTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF FAIRBANKS, CHIEF DANIEL P. HOFFMAN AND DEPUTY CHIEF BRAD JOHNSON, each in his Individual and Official Capacity, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 4:08-cv-00029-RRB |

### MOTION TO HAVE CERTIFIED QUESTION
### SUBMITTED TO ALASKA SUPREME COURT

In its Order dated November 13, 2008 [Docket 21], this Court certified questions to the Alaska Supreme Court.  That Order, however, has apparently not been communicated to the Alaska Supreme Court.  Defendant City of Fairbanks respectfully requests that the Court direct its clerk to transfer the certified questions pursuant to Alaska Appellate Rule 407(d).

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00225520 }

DATED in Anchorage Alaska this 14th day of January, 2009.

          JERMAIN DUNNAGAN & OWENS, P.C.
          Attorneys for Defendant City of Fairbanks

By: *s/ Howard S. Trickey*
    Howard S. Trickey
    Alaska Bar No. 7610138
    htrickey@jdolaw.com

By: *s/ Matthew Singer*
    Matthew Singer
    Alaska Bar No. 9911072
    msinger@jdolaw.com
    3000 A Street, Suite 300
    Anchorage, AK  99503
    Phone:  907-563-8844
    Fax:  907-563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2009, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness LLC

Joseph W. Evans
Law Offices of Joseph W. Evans

    *s/Matthew Singer*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

MOTION TO HAVE CERTIFIED QUESTION SUBMITTED TO ALASKA SUPREME COURT   PAGE 2
*HUTTON AND WHORTON V. CITY OF FAIRBANKS, ET AL.*
CASE NO. 4:08-CV-00029-RRB