IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AL HUTTON and DOUG WHORTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FAIRBANKS,<br><br>    Defendants. | Case No. 4:08-cv-0029 RRB<br><br>**SPECIAL VERDICT** |

We, the jury in the above-entitled matter, answer the questions submitted to us as follows:

### AL HUTTON

**1. Did the City of Fairbanks terminate Al Hutton in June of 2009 because of his meeting with Mayor Strle in January of 2008?**

    ANSWER: Yes or No _____

If you answered Yes, please proceed to No. 2. If you answered No, please proceed to No. 7.

**2. When Al Hutton met with Mayor Strle in January of 2008, was he acting primarily as a private citizen or primarily as a public employee as defined in these instructions?**

    ANSWER: Private Citizen/Public Employee _____

If you answered Private Citizen, please proceed to No. 3. If you answered Public Employee, please proceed to No. 7.

SPECIAL VERDICT - 1
4:08-cv-0029-RRB

3. When Al Hutton met with Mayor Strle in January of 2008, did he do so primarily regarding a matter of public concern or primarily as a matter of private concern as defined in these instructions?

ANSWER: Public Concern/Private Concern _____

If you answered Public Concern, please proceed to No. 4. If you answered Private Concern, please proceed to No. 7.

4. Has the City established, by a preponderance of the evidence, that it was excused from its actions in terminating Al Hutton because it had adequate justification for terminating him?

ANSWER: Yes or No _____

If you answered Yes, please proceed to No. 7. If you answered No, please proceed to No. 5.

5. Has the City established, by a preponderance of the evidence, that it was excused from its actions in terminating Al Hutton because the termination would have occurred even absent the protected speech violation?

ANSWER: Yes or No _____

If you answered Yes, please proceed to No. 7. If you answered No, please proceed to No. 6.

SPECIAL VERDICT - 2
4:08-cv-0029-RRB

6. Please set forth the amount of damages, if any, Al Hutton suffered, more likely than not, as a result of his wrongful termination as a Police Officer with the City of Fairbanks.

| | |
|---|---|
| Past economic loss | $_____ |
| Future economic loss | $_____ |
| Past non-economic loss | $_____ |
| Future non-economic loss | $_____ |
| TOTAL: | $_____ |

Please proceed to No. 7.

### DOUG WHORTON

7. When Doug Whorton met with Mayor Strle in January of 2008, was he acting primarily as a private citizen or primarily as a public employee?

ANSWER: Private Citizen/Public Employee _____

If you answered Private Citizen, please proceed to No. 8. If you answered Public Employee, proceed no further. Have your presiding juror date and sign this Special Verdict and notify the bailiff that you have reached a verdict.

8. When Doug Whorton met with Mayor Strle in January of 2008, did he do so primarily regarding a public concern or primarily regarding a private concern as defined in these instructions?

SPECIAL VERDICT - 3
4:08-cv-0029-RRB

ANSWER: Public Concern/Private Concern _____

If you answered Public Concern, please proceed to No. 9. If you answered Private Concern, proceed no further. Have your presiding juror date and sign this Special Verdict and notify the bailiff that you have reached a verdict

**9. Has the City established, by a preponderance of the evidence, that it was excused from its actions in demoting Doug Whorton because it had adequate justification for demoting him?**

ANSWER: Yes or No _____

If you answered Yes, proceed no further. Have your presiding juror date and sign this Special Verdict and notify the bailiff that you have reached a verdict. If you answered No, please proceed to No. 10.

**10. Has the City established, by a preponderance of evidence, that it was excused from its actions in demoting Doug Whorton because the demotion would have occurred even absent the protected speech violation?**

ANSWER: Yes or No _____

If you answered Yes, proceed no further. Have your presiding juror date and sign this Special Verdict and notify the bailiff that you have reached a verdict. If you answered No, please proceed to No. 11.

11. Please set forth the amount of damages, if any, Doug Whorton suffered, more likely than not, as a result of his wrongful demotion as a Police Officer with the City of Fairbanks.

| | |
|---|---|
| Past economic loss | $_____ |
| Future economic | $_____ |
| Past non-economic loss | $_____ |
| Future non-economic loss | $_____ |
| TOTAL: | $_____ |

Please have your presiding juror date and sign this Special Verdict and notify the bailiff that you have reached a verdict.

ENTERED this ___ day of April, 2013.

_____
PRESIDING JUROR