Linda J. Johnson
Clapp, Peterson, Tiemessen
Thorsness & Johnson, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AL HUTTON<br>And DOUG WHORTON<br><br>                Plaintiffs,<br>    vs.<br><br>CITY OF FAIRBANKS,<br><br>                Defendant. | Case No. 4:08-CV-00029 (RRB) |

## **MOTION FOR NEW TRIAL DATE**

Plaintiffs Al Hutton and Doug Whorton move the court for a new trial date. The last trial commenced on March 28, 2013, but ended in a hung jury.[1] Therefore, pursuant to Local Rule 40.3, Plaintiffs certify that a new trial is necessary[2] and request a new trial date.

---

[1] According to the news report in the Fairbanks News Miner on May 12, 2013, the jury count was 7 for Al Hutton, 1 for the City, and one undecided.

[2] Defendants filed a Motion for Judgment as Matter of Law on May 9, 2013, but pursuant to Local Rule 50.1 (b), Plaintiffs have not filed a response, since no motion was requested by the court.

Motion for New Trial
Page 1 of 2

DATED AT Anchorage, Alaska this 21st day of May 2012.

CLAPP, PETERSON, TIEMESSEN
THORSNESS & JOHNSON, LLC
Attorneys for Plaintiffs

s/ Linda J. Johnson
CLAPP, PETERSON, TIEMESSEN,
THORSNESS & JOHNSON LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on May ____, 2012,
a copy of the foregoing
document was served electronically
on Howard S. Trickey.

s/ Linda J. Johnson

Motion for New Trial
Page 2 of 2