Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: 907-563-8844
Fax: 907-563-7322

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AL HUTTON and DOUG WHORTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF FAIRBANKS, CHIEF ) | |
| DANIEL P. HOFFMAN AND DEPUTY ) | |
| CHIEF BRAD JOHNSON, each in his ) | |
| Individual and Official Capacity, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 4:08-cv-00029-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF
DEFENDANT CITY OF FAIRBANKS' MEMORANDUM OF LAW IN
SUPPORT OF MOTION FOR PREVAILING PARTY ATTORNEY'S FEES**

I, Matthew Singer, hereby declare, as follows:

1.      I was trial counsel for the defendant City of Fairbanks.

2.      Attached as Exhibit A is a detailed summary of billing records for the

defense of this lawsuit.  These records identify the date of time entry, the time keeper, the

number of hours worked, the billing rate, and a description of the tasks performed.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00447508 }

3.     The City incurred a total of $349,948 in attorney's fees to defend this lawsuit.  The time for each billing time keeper is listed with timekeeper initials. I personally did the majority of the work in this case to defend the City, and my work is recorded with the initials "MSS" in Exhibit A.  I was assisted at various times as necessary by other attorneys in my office.  Primarily I was assisted by two associate attorneys, Callie Patton and Greg Dorrington (CPP and GFD).  Ms. Patton worked with me on several motions in the case, until she left the firm to take a public sector job.  Mr. Dorrington then assisted me with motions practice as the case approached trial.  My partner Howard Trickey (HST) also assisted with some discrete tasks in the case.  I staffed the case with one paralegal, Lona Sims (LSS) until she left the firm to pursue another opportunity, and then with Carrie Sisson (CLS) for the remainder of the case.

4.     I have done a careful review of our time records to determine how best to allocate our time among the state law claims and the First Amendment retaliation claim. After this Court dismissed the state law claims through summary judgment, all of the remaining activity in the case for the past year or more was exclusively in relation to defense of the First Amendment claim.

5.     I have reviewed all time records and attempted to determine if the time entry relates to (a) the First Amendment claim; (b) the state law claims; or (c) general defense costs which cannot on their face be allocated to a particular claim.   After conducting this review, it is my best estimate that of the $349,948 in total defense fees, the amount of fees incurred solely or necessarily as a result of the First Amendment

DECLARATION OF MATTHEW SINGER IN SUPPORT OF DEFENDANT CITY OF FAIRBANKS' MEMORANDUM      PAGE 2
OF LAW IN SUPPORT OF MOTION FOR PREVAILING PARTY ATTORNEY'S FEES
*HUTTON AND WHORTON V. CITY OF FAIRBANKS, ET AL.*
CASE NO. 4:08-CV-00029-RRB

Case 4:08-cv-00029-RRB   Document 360   Filed 09/03/13   Page 2 of 5

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

claims is $200,082.50.  I estimate that the amount of $68,207.50 can be attributed directly to the cost of defending the state law claims, and that $77,446 is attributable to general defense costs for such things as corresponding with opposing counsel, communicating with the client, or handling discovery matters.  Of the general defense costs, I think it is a reasonable and fair estimate to say that had plaintiffs only pursued a First Amendment claim, or only pursued state law claims, the general defense costs would have been approximately 50% of what they cost as a result of plaintiffs pursuing both state and federal claims.  In other words, I think it is a reasonable estimate to state that 50% of the general defense costs, or $38,723, is attributable to the First Amendment claim and the other 50% ($38,723) is attributable to defense of the state law claims.  We also incurred $4,212 in fees directly related to the defense of the First Amendment claim asserted by Al Hutton against Dan Hoffman and Brad Johnson.

6.     My hourly rate during the five years of this litigation changed over time from $165 at the outset to $175, $190 and $195.  As reflected in the billing records (Exhibit A), the rates for my associates ranged from $150-195 over the years.  Our paralegal rates ranged from $75-$110.

7.     All of the above hourly rates reflect discounted rates that my firm offers to its public sector clients.  These rates are substantially below market rates.  For example, my standard hourly rate in litigation matters is $345 per hour, and throughout the course of this litigation my firm's standard hourly rates have ranged from $200-350 per hour.  I am also generally familiar with rates charged by other attorneys in Alaska, and

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DECLARATION OF MATTHEW SINGER IN SUPPORT OF DEFENDANT CITY OF FAIRBANKS' MEMORANDUM     PAGE 3
OF LAW IN SUPPORT OF MOTION FOR PREVAILING PARTY ATTORNEY'S FEES
*HUTTON AND WHORTON V. CITY OF FAIRBANKS, ET AL.*
CASE NO. 4:08-cv-00029-RRB

Case 4:08-cv-00029-RRB   Document 360   Filed 09/03/13   Page 3 of 5

experienced litigators in this market typically charge anywhere from $250-450 per hour for their time. The rates charged in this case to the City of Fairbanks are substantially discounted to reflect the client's status as a public entity.

8. The City made offers of judgment to both Mr. Hutton and Mr. Whorton on February 19, 2009. Those offers are attached as Exhibits B and C.

9. I have reviewed our billing records to determine what fees were incurred in defense of the state law claims from the date of the offers of judgment through the conclusion of the case. Based on that review, the City incurred $56,564.50 in fees from the date of the offers of judgment which I can attribute directly to the state law claims, plus $74,264.50 in general defense fees, of which I think it is a reasonable and fair estimate to state that half of that amount, $37,132.25, was incurred as a result of the state law claims. Thus, the City incurred a total of $93,696.75 in attorney's fees from the date of its Rule 68 offer through the time when the state law claims were finally resolved in the various summary judgment orders.

10. I have also reviewed our billing records to determine what fees would be attributable to the state law claims for purposes of an award under Alaska Civil Rule 82. As explained above, my best estimate is that the amount of $68,207.50 can be attributed directly to the cost of defending the state law claims, plus another $38,723, which constitutes half of the general defense costs incurred in the matter, for a total of $106,930.50 which can be attributed to the state law claims for purposes of making a Rule 82 fee award.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DECLARATION OF MATTHEW SINGER IN SUPPORT OF DEFENDANT CITY OF FAIRBANKS' MEMORANDUM     PAGE 4
OF LAW IN SUPPORT OF MOTION FOR PREVAILING PARTY ATTORNEY'S FEES
*HUTTON AND WHORTON V. CITY OF FAIRBANKS, ET AL.*
CASE NO. 4:08-CV-00029-RRB

Case 4:08-cv-00029-RRB   Document 360   Filed 09/03/13   Page 4 of 5

I declare that the above statements are true to the best of my knowledge and belief.

DATED at Anchorage, Alaska this 3rd day of September, 2013.

By: _s/ Matthew Singer_
Matthew Singer
Alaska Bar No. 9911072
msinger@jdolaw.com
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: 907-563-8844
Fax: 907-563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2013,
a true and correct copy of the foregoing
document was served electronically on
the following counsel of record:

Linda J. Johnson
Clapp, Peterson, Tiemessen,
  Thorsness & Johnson LLC

Joseph W. Evans
Law Offices of Joseph W. Evans

_s/Matthew Singer_

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DECLARATION OF MATTHEW SINGER IN SUPPORT OF DEFENDANT CITY OF FAIRBANKS' MEMORANDUM       PAGE 5
OF LAW IN SUPPORT OF MOTION FOR PREVAILING PARTY ATTORNEY'S FEES
_HUTTON AND WHORTON V. CITY OF FAIRBANKS, ET AL._
CASE NO. 4:08-CV-00029-RRB

Case 4:08-cv-00029-RRB   Document 360   Filed 09/03/13   Page 5 of 5