Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: 907-563-8844
Fax: 907-563-7322

Counsel for Defendant City of Fairbanks

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AL HUTTON and DOUG WHORTON,<br><br>               Plaintiffs,<br><br>v.<br><br>CITY OF FAIRBANKS, CHIEF DANIEL P. HOFFMAN AND DEPUTY CHIEF BRAD JOHNSON, each in his Individual and Official Capacity,<br><br>               Defendants. | Case No. 4:08-cv-00029-RRB |

### OFFER OF JUDGMENT TO PLAINTIFF DOUG WHORTON

Defendants, by and through their respective attorneys, offer judgment to be entered in favor of Plaintiff Doug Whorton and against Defendants for the total amount of $1,000, inclusive of costs, attorneys' fees, interest and in complete satisfaction of all claims asserted by Doug Whorton against Defendants, City of Fairbanks, Chief Daniel P. Hoffman and Deputy Chief Brad Johnson.

This offer is made pursuant to Federal Civil Rule 68, Alaska Civil Rule 68 and AS 09.30.065 and shall be deemed to be withdrawn unless accepted within 10 days from the date hereof. This offer is an offer of compromise only, and is in no way an admission of any liability or fault. The offer and the fact of the offer shall not be admissible in any proceeding for any purpose except as set forth in AS 09.30.065.

DATED in Anchorage Alaska this 19th day of February, 2009.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Defendant City of Fairbanks

By: _____
Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

LAW OFFICES OF JOSEPH W. EVANS
Attorney for Defendants, Chief Daniel P. Hoffman and Deputy Chief Brad Johnson

By: _____
Joseph W. Evans
Alaska Bar No. 7610089

OFFER OF JUDGMENT TO PLAINTIFF DOUG WHORTON
HUTTON AND WHORTON V. CITY OF FAIRBANKS, ET AL.
CASE NO. 4:08-CV-00029-RRB

PAGE 2

Singe Declaration Exhibit C

Case 4:08-cv-00029-RRB   Document 360-3   Filed 09/03/13   Page 2 of 3
Page 2 of 3

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2009, a true and correct copy of the foregoing document was served by fax and U.S. mail, postage prepaid, on the following counsel of record:

Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness LLC
711 H Street, Suite 620
Anchorage, AK 99501
Fax No.: 272-9586

_Jeanine M. Huston_
Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

OFFER OF JUDGMENT TO PLAINTIFF DOUG WHORTON
HUTTON AND WHORTON V. CITY OF FAIRBANKS, ET AL.
CASE NO. 4:08-CV-00029-RRB

PAGE 3

Singe Declaration Exhibit C

Case 4:08-cv-00029-RRB   Document 360-3   Filed 09/03/13   Page 3 of 3
Page 3 of 3